UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY D. SAFERIAN,
NICOLE NEWCOMB, as Next Friend for
Dominic Saferian and Skylar Saferian, and
SUZANNE PHILLIPS, as Next Friend for
Dillon Phillips,

     Plaintiffs,

v.

                                      Case No.  08-10069

PHILIP DUROCHER, M.D.,
GENARO R. ARINDAENG, M.D.,                   Honorable Patrick J. Duggan
SECURE PHARMACY PLUS, LLC,
a foreign limited liability company,
OAKLAND COUNTY, OAKLAND
COUNTY SHERIFF'S DEPARTMENT and
MICHAEL J. BOUCHARD, individually
and/or in their official capacity, jointly and
severally,

     Defendants.

_____/

## ORDER OF CLARIFICATION

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on July 15, 2008.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
U.S. DISTRICT COURT JUDGE

On July 9, 2008, this Court entered an Order Granting Plaintiffs' Motion for Voluntary

Dismissal.  On July 11, 2008, Plaintiff filed a Motion for "Clarification."  This Court's

reference to "similar action" in its July 9, 2008 Order did not include any state law claim for

medical malpractice pursuant to MCL 600.2912 et al.

**SO ORDERED.**


s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:
Brian J. Richtarcik
Anne L. Randall
Keith J. Lerminiaux
Boyd E. Chapin, Jr.